Assigned for all purposes to: Santa Monica Courthouse, Judicial Officer: Mark Young

Electronically FILED by Superior Court of California, County of Los Angeles on 09/23/2020 02:33 PM Sherri R. Carter, Executive Officer/Clerk of Court, by S. Watson, Deputy Clerk

ALEKSANDR GRUZMAN (SBN 232763)
LAW OFFICES OF ALEKSANDR GRUZMAN
7703 Santa Monica Blvd., Suite 1
West Hollywood, California, 90046
Tele: (323) 798-4444
Fax: (866) 475-5442
ATTORNEYS FOR PLAINTIFF, ERIN HUGHES

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF LOS ANGELES – WEST DISTRICT

| | |
|---|---|
| ERIN HUGHES, an individual | Case No.:    20SMCV01349 |
| Plaintiff, | |
| Vs. | COMPLAINT FOR: |
| LEXINGTON INSURANCE COMPANY; DOES 1 through 20, Inclusive, | (1) BREACH OF CONTRACT;<br>(2) TORTIOUS BREACH OF IMPLIED COVENANT OF GOOD FAITH AND FAIR DEALING |
| Defendants | |

PLAINTIFF, ERIN HUGHES (hereafter "Plaintiff") alleges as follows:

## GENERAL ALLEGATIONS

1. Plaintiff ERIN HUGHES is, and at all times relevant herein was, an individual with ownership interest residing at 2145 Rambla Pacifico, Malibu, CA, 90265, in the County of Los Angeles, State of California.

2. Defendant LEXINGTON INSURANCE COMPANY ("LEXINGTON") is an insurance company doing business in the County of Los Angeles, State of California.

3. Plaintiff is ignorant of the true names and capacities, whether individual, corporate, association or otherwise, of defendants sued herein as Does 1 through 20, inclusive, and

1

Exh. B
pg. 1

therefore, at this time, names these defendants by such fictitious names. Upon information and belief, Defendants Does 1 through 20, inclusive, and each of them, are in some manner responsible for the damages suffered by Plaintiff and/or the wrongs committed upon Plaintiff. Plaintiff shall amend this Complaint to allege the true names and capacities of the above-referenced Does when such capacities are ascertained.

4. At all times relevant to the loss herein mentioned Plaintiff was the owner of a real property located at 2145 Rambla Pacifico, Malibu, CA, 90265 (PROPERTY). The PROPERTY is located in the desirable Malibu hills area.

5. The Defendant LEXINGTON issued to Plaintiff an **INSURANCE POLICY NO. 66123806-01**. The policy covered among other conditions property damage to the PROPERTY pursuant to SECTION 1 A: Dwelling and SECTION C: Contents.  A copy of the **INSURANCE POLICY** is attached hereto as **EXHIBIT "A"**.

## November 8, 2018 Fire Damage and Burglary

6. On or about November 8 of 2018 while the INSURANCE POLICY was in effect the PROPERTY incurred fire and smoke damage due to Woolsey Malibu Fire causing damage to the dwelling and its contents.  In addition, due to the property being vacant during the fire and damage to the electrical gate the PROPERTY was burglarized with personal items of Plaintiff valued in excess of $500,000 stolen. Furthermore, the gate, and the electrical panel and other electrical appliances at the PROPERTY were damaged.  Plaintiff further incurred loss of use of the PROPERTY.

7. Plaintiff performed all conditions of the INSURANCE POLICY due on her part and in accord with the terms of the policy promptly notified the Defendant of their claim. Plaintiff appeared for an examination under oath and complied with the remaining terms of the Policy.

2

COMPLAINT FOR DAMAGES

Exh. B
pg. 2

8.  Plaintiff demanded a payment from the Defendant of the benefits due under the INSURANCE POLICY, however, Defendant has unreasonably failed to investigate this claim and unreasonably delayed the investigation of this claims and refused to make a payment for this covered loss in breach of the terms of the INSURANCE POLICY and in tortious breach of its duty of good faith and fair dealing incorporated into every insurance policy offered in the State of California.

## WIND DAMAGE IN FEBRUARY OF 2019

9.  On or about February 2, 2019, while the INSURANCE POLICY was in effect, the PROPERTY incurred wind damage to the dwellings, roof and other structures on the property. This loss is covered under the INSURANCE POLICY.

10. Plaintiff performed all conditions of the INSURANCE POLICY due on her part and in accord with the terms of the policy promptly notified the Defendant of their claim.

11. Plaintiff demanded a payment from the Defendant of the benefits due under the INSURANCE POLICY. Defendant has unreasonably refused to make a payment for this covered loss in breach of the terms of the INSURANCE POLICY and in tortious breach of its duty of good faith and fair dealing incorporated into every insurance policy offered in the State of California.

## FIRST CAUSE OF ACTION
## FOR BREACH OF CONTRACT
(Against All Defendants and Does 1-20)

12. Plaintiffs hereby incorporate paragraphs 1 through 11, inclusive, as though fully set forth herein.

13. The Plaintiff and the Defendant entered into a written contractual agreement, with the

3

COMPLAINT FOR DAMAGES

1    Plaintiff being an insured under the INSURANCE POLICY attached herein.

2    14. Plaintiffs performed all the covenants and conditions under the terms of the INSURANCE

3    POLICY which is in effect and covers the losses claimed by the Plaintiff herein.

4    15. The Defendant breached the terms of the INSURANCE POLICY by refusing to compensate

5    Plaintiff for the covered loss pursuant to the terms of the policy.

6    16. As a proximate result of Defendant's breach, Plaintiff incurred a loss in excess of

7    $1,000,000, as well as attorney's fees and costs.

8

9

10    **SECOND CAUSE OF ACTION**
**FOR TORTIOUS BREACH OF IMPLIED COVENANT OF GOOD FAITH AND**

11    **FAIR DEALING**
(Against all Defendants and Does 1-20)

12    17. Plaintiff hereby incorporates paragraphs 1 through 16, inclusive, as though fully set forth

13    herein.

14

15    18. Implied into every insurance contract is a covenant of Good Faith and Fair Dealing which

16    obligates the insurer LEXINGTON to act at all times in good faith towards its Insured

17    (Plaintiffs).

18    19. Plaintiff performed all conditions of the INSURANCE POLICY due on her part and in

19    accord with the terms of the policy promptly notified the Defendant of the damage claims

20    which were covered under the policy.

21    20. LEXINGTON acted in bad faith and without proper cause when it:

22        (a)    Intentionally Failed to conduct a prompt, fair and even handed investigation of

23            Plaintiffs' two damage claims by stalling since November of 2018 and February

24            2, 2019 respectively in investigation and payment on the claims;

25        (b)    Unreasonably delayed and refused to pay the benefits due under the policy

26

27

                                    4

28    COMPLAINT FOR DAMAGES

21. As a direct and proximate result of the tortious breach of the Covenant of Good Faith and Fair Dealing Plaintiff suffered damages in excess of $1,000,000 as well as emotional distress, and attorney's fees and costs.

22. Due to the malicious and fraudulent conduct of the Defendants, and Does 1-20, Plaintiff is entitled to exemplary damages.

**THEREFORE, PLAINTIFF PRAYS AS FOLLOWS:**

On the First Cause of Action

1) For general and consequential damages no less than $1,000,000;

2) For Prejudgment and post-judgment interest;

On the Second Cause of Action

1) For special damages in excess of $1,000,000

2) For punitive damages;

On All Causes of Action

1) For attorneys fees to the extent allowed by law;

2) For costs of the litigation;

3) For pre-judgment interest;

4) For such further relief as may be deemed necessary and just by the Court.

Dated: August 31, 2020                    LAW OFFICES OF ALEKSANDR GRUZMAN

*Aleksandr Gruzman*
ALEKSANDR GRUZMAN ESQ.
ATTORNEY FOR PLAINTIFF, ERIN HUGHES

5

Exh. B
pg. 5

# EXHIBIT "A"

POLICY NUMBER: 66123806 - 01
Effective Date: 03/21/2018

Date Issued: 02/27/2018

## SCHEDULE OF FORMS AND ENDORSEMENTS

| | |
|---|---|
| Lex Elite 11/00 | Declaration Page & Authorization Clause |
| 78052 12 13 | AIG Property Casualty U.S. Privacy and Data Security Notice |
| HO 00 03 10 00 | Homeowner 3 Special Form |
| HO 01 04 04 04 | Special Provisions - California |
| HO 04 27 04 02 | Limited Fungi, Wet or Dry Rot, or Bacteria Coverage |
| HO 04 35 10 00 | Loss Assessment Coverage |
| HO 04 55 03 03 | Identity Fraud |
| HO 04 90 10 00 | Personal Property Replacement Cost |
| HO 05 80 10 00 | Property Remediation/Limited Liability for Escaped Fuels |
| HO 24 90 08 01 | Workers Comp Residence Employee |
| LEX 00 10 02 05 | CA Earthquake Disclosure |
| LEX 00 11 07 11 | Notice to Consumers - California Residential Property Insurance Disclosure |
| LEX 00 12 11 99 | Consumer Affairs - California |
| LEX 00 14 09 08 | Important Flood Notice. |
| LEX 00 31 11 04 | Trampoline Exclusion |
| LEX 00 32 08 04 | Underground Storage Tank Exclusion |
| LEX 00 61 07 11 | California Residential Property Insurance Bill of Rights |
| LEX 00 63 04 05 | Mechanical Breakdown |
| LEX 00 82 04 06 | Maximum Payable Amount If Other Insurance |
| LEX 00 144 04 14 | Farm Operations Exclusion |
| LEX 00 156 06 11 | Specified Additional Amount of Insurance for Coverage A - Dwelling |
| LEX 00 159 03 09 | Swimming Pool Under Coverage B Exclusion |
| LEX 00 168 09 09 | Specific Building Materials Exclusion |
| LEX 00 169 09 09 | Inflation Guard |
| LEX 00 177 11 14 | Incidental Business Coverage Endorsement |
| LEX 00 195 04 14 | Section I & Section II Total Business Exclusion |
| LEX 00 196 06 14 | Cyber Safety Coverage |
| LEX 00 197 06 14 | Personal Injury Coverage |
| LEX 00 198 08 14 | Animal Exclusion Applicable to Tenants |
| LEX 00 201 02 15 | LexShare Home Rental Coverage |
| LEX 00 202 04 15 | Existing Damage Exclusion |
| LEX 00 207 05 16 | Care Services Exclusion |
| LEX 00 208 05 16 | Drone Exclusion |
| LEX 01 09 12 13 | Special Provisions All States |
| LEX 04 95 11 04 | Water Back Up and Sump Overflow |
| LEX 05 80 11 04 | Advisory Notice to Policyholders - Explanatory Memo |
| 89644 (6/13) | Economic Sanctions Endorsement |
| PRG 2023 (5-14) | Service of Suit Condition |
| Claims Notice to Policyholders | What to Do if You Suffer a Loss to Your Home and Property |

## NOTICE:

1.    THE INSURANCE POLICY THAT YOU HAVE PURCHASED IS BEING ISSUED BY AN INSURER THAT IS NOT LICENSED BY THE STATE OF CALIFORNIA. THESE COMPANIES ARE CALLED "NONADMITTED" OR "SURPLUS LINE" INSURERS.

2.    THE INSURER IS NOT SUBJECT TO THE FINANCIAL SOLVENCY REGULATION AND ENFORCEMENT THAT APPLY TO CALIFORNIA LICENSED INSURERS.

3.    THE INSURER DOES NOT PARTICIPATE IN ANY OF THE INSURANCE GUARANTEE FUNDS CREATED BY CALIFORNIA LAW. THEREFORE, THESE FUNDS WILL NOT PAY YOUR CLAIMS OR PROTECT YOUR ASSETS IF THE INSURER BECOMES INSOLVENT AND IS UNABLE TO MAKE PAYMENTS AS PROMISED.

4.    THE INSURER SHOULD BE LICENSED EITHER AS A FOREIGN INSURER IN ANOTHER STATE IN THE UNITED STATES OR AS A NON-UNITED STATES (ALIEN) INSURER. YOU SHOULD ASK QUESTIONS OF YOUR INSURANCE AGENT, BROKER, OR "SURPLUS LINE" BROKER OR CONTACT THE CALIFORNIA DEPARTMENT OF INSURANCE AT THE FOLLOWING TOLL-FREE TELEPHONE NUMBER: 1-800-927-4357 OR INTERNET WEB SITE WWW.INSURANCE.CA.GOV. ASK WHETHER OR NOT THE INSURER IS LICENSED AS A FOREIGN OR NON-UNITED STATES (ALIEN) INSURER AND FOR ADDITIONAL INFORMATION ABOUT THE INSURER. YOU MAY ALSO CONTACT THE NAIC'S INTERNET WEB SITE AT WWW.NAIC.ORG.

5.    FOREIGN INSURERS SHOULD BE LICENSED BY A STATE IN THE UNITED STATES AND YOU MAY CONTACT THAT STATE'S DEPARTMENT OF INSURANCE TO OBTAIN MORE INFORMATION ABOUT THAT INSURER.

6.    FOR NON-UNITED STATES (ALIEN) INSURERS, THE INSURER SHOULD BE LICENSED BY A COUNTRY OUTSIDE OF THE UNITED STATES AND SHOULD BE ON THE NAIC'S INTERNATIONAL INSURERS DEPARTMENT (IID) LISTING OF

APPROVED NONADMITTED NON-UNITED STATES INSURERS. ASK YOUR AGENT, BROKER, OR "SURPLUS LINE" BROKER TO OBTAIN MORE INFORMATION ABOUT THAT INSURER.

7. CALIFORNIA MAINTAINS A LIST OF APPROVED SURPLUS LINE INSURERS. ASK YOUR AGENT OR BROKER IF THE INSURER IS ON THAT LIST, OR VIEW THAT LIST AT THE INTERNET WEB SITE OF THE CALIFORNIA DEPARTMENT OF INSURANCE: WWW.INSURANCE.CA.GOV.

8. IF YOU, AS THE APPLICANT, REQUIRED THAT THE INSURANCE POLICY YOU HAVE PURCHASED BE BOUND IMMEDIATELY, EITHER BECAUSE EXISTING COVERAGE WAS GOING TO LAPSE WITHIN TWO BUSINESS DAYS OR BECAUSE YOU WERE REQUIRED TO HAVE COVERAGE WITHIN TWO BUSINESS DAYS, AND YOU DID NOT RECEIVE THIS DISCLOSURE FORM AND A REQUEST FOR YOUR SIGNATURE UNTIL AFTER COVERAGE BECAME EFFECTIVE, YOU HAVE THE RIGHT TO CANCEL THIS POLICY WITHIN FIVE DAYS OF RECEIVING THIS DISCLOSURE. IF YOU CANCEL COVERAGE, THE PREMIUM WILL BE PRORATED AND ANY BROKER'S FEE CHARGED FOR THIS INSURANCE WILL BE RETURNED TO YOU.

D-2 (Effective January 1, 2017)

Elite™
Insured

# LEXINGTON INSURANCE COMPANY
## HO3 Homeowner Declaration Page

| Policy Number: 66123806 - 01 | Renewal of Policy Number: 66123806 |
|---|---|

**Name of Insured and Mailing Address:**
Hughes , Erin
Hughes , Robert
2145 RAMBLA PACIFICO
MALIBU, CA 90265-3418

**Broker Name and Address:**
Hull & Co. Inc. - Irvine
18401 Von Karman Ave, Ste 150
Irvine, CA 92612

**Policy Term:** 03/21/2018    **Expiration:** 03/21/2019    12:01 AM Standard Time at the Insured's residence premises.

The residence premises covered by this policy is located at the above address, unless otherwise stated.

Insurance is provided only with respect to those special limits of liability applicable thereto:

**Coverage Part 1 - Homeowners**
- Coverage A: Dwelling — $744,906
- Coverage B: Other Structures — $73,030
- Coverage C: Contents — $365,150
- Coverage D: Loss of Use — $146,060
- Loss Assessment: — $5,000
- Ordinance or Law: — 10%
- Coverage E: Personal Liability — $500,000
- Coverage F: Medical Payments to Others — $5,000

**Coverage Part 2 – Personal Umbrella**
- Umbrella Limit — $0
- Self Insured Retention — $0

**Coverage Part 3 – Excess Flood**
- Building — $0
- Contents — $0

**Coverage Part 4 – Scheduled Property**
- Total Scheduled Property — $0

**Homeowner Deductibles**

| All Other Perils: | $1,000 |
|---|---|
| Wind Hail: | $1,000 |
| Earthquake: | Excluded |
| Special: None | 0 |
| Special: None | $N/A |

| Annual Premium: | $3,983.00 |
|---|---|
| Policy Premium: | $3,983.00 |
| Inspection Fee: | $0.00 |
| SL Broker Fee: | $200.00 |
| Surplus Lines Taxes: | $119.49 |
| Stamping Fee: | $7.97 |
| Total Due: | $4,310.46 |

Minimum Earned Premium: $0

**Homeowners Rating Information**

| Territory: 88 | Protection Class: 4 |
|---|---|
| County: LOS ANGELES-CA | EQ Zone: NA |
| Construction: Frame | Yr Built: 1978 |

**Sub Broker Information**

Name: Gobrial Insurance Agency
Addr 1: 9560 Topanga Canyon Blvd #203
Addr 2:
City, State, Zip: Chatsworth, CA 91311

**Forms and Endorsements made part of this policy at time of issuance:**

This declaration page with policy provisions and endorsements, if any, issued to form a part, thereof, completes the above numbered homeowner's policy.

Countersignature Date: 02/27/2018

Countersignature:
Authorized Representative:

LexElite 11/00

---

Policy Number: 66123806 - 01
Insured: Hughes , Erin

IN WITNESS WHEREOF, the Insurance Company identified on the Declarations has caused this policy to be signed by its President, Secretary and a duly authorized representative of the Insurance Company.

PRESIDENT

SECRETARY

| Mortgage 1 | Mortgage 2 |
|---|---|
| | |
| Mortgage 3 | |
| | |

Page 2 of 2

POLICY NUMBER: 66123806 - 01
Effective Date:        03/21/2018                                    Date Issued: 02/27/2018

## SCHEDULE OF FORMS AND ENDORSEMENTS

| | |
|---|---|
| Lex Elite 11/00 | Declaration Page & Authorization Clause |
| 78052 12 13 | AIG Property Casualty U.S. Privacy and Data Security Notice |
| HO 00 03 10 00 | Homeowner 3 Special Form |
| HO 01 04 04 04 | Special Provisions - California |
| HO 04 27 04 02 | Limited Fungi, Wet or Dry Rot, or Bacteria Coverage |
| HO 04 35 10 00 | Loss Assessment Coverage |
| HO 04 55 03 03 | Identity Fraud |
| HO 04 90 10 00 | Personal Property Replacement Cost |
| HO 05 80 10 00 | Property Remediation/Limited Liability for Escaped Fuels |
| HO 24 90 08 01 | Workers Comp Residence Employee |
| LEX 00 10 02 05 | CA Earthquake Disclosure |
| LEX 00 11 07 11 | Notice to Consumers - California Residential Property Insurance Disclosure |
| LEX 00 12 11 99 | Consumer Affairs - California |
| LEX 00 14 09 08 | Important Flood Notice. |
| LEX 00 31 11 04 | Trampoline Exclusion |
| LEX 00 32 08 04 | Underground Storage Tank Exclusion |
| LEX 00 61 07 11 | California Residential Property Insurance Bill of Rights |
| LEX 00 63 04 05 | Mechanical Breakdown |
| LEX 00 82 04 06 | Maximum Payable Amount If Other Insurance |
| LEX 00 144 04 14 | Farm Operations Exclusion |
| LEX 00 156 06 11 | Specified Additional Amount of Insurance for Coverage A - Dwelling |
| LEX 00 159 03 09 | Swimming Pool Under Coverage B Exclusion |
| LEX 00 168 09 09 | Specific Building Materials Exclusion |
| LEX 00 169 09 09 | Inflation Guard |
| LEX 00 177 11 14 | Incidental Business Coverage Endorsement |
| LEX 00 195 04 14 | Section I & Section II Total Business Exclusion |
| LEX 00 196 06 14 | Cyber Safety Coverage |
| LEX 00 197 06 14 | Personal Injury Coverage |
| LEX 00 198 08 14 | Animal Exclusion Applicable to Tenants |
| LEX 00 201 02 15 | LexShare Home Rental Coverage |
| LEX 00 202 04 15 | Existing Damage Exclusion |
| LEX 00 207 05 16 | Care Services Exclusion |
| LEX 00 208 05 16 | Drone Exclusion |
| LEX 01 09 12 13 | Special Provisions All States |
| LEX 04 95 11 04 | Water Back Up and Sump Overflow |
| LEX 05 80 11 04 | Advisory Notice to Policyholders - Explanatory Memo |
| 89644 (6/13) | Economic Sanctions Endorsement |
| PRG 2023 (5-14) | Service of Suit Condition |
| Claims Notice to Policyholders | What to Do if You Suffer a Loss to Your Home and Property |

## POLICYHOLDER NOTICE

Thank you for purchasing insurance from a member company of American International
Group, Inc. (AIG). The AIG member companies generally pay compensation to brokers
and independent agents, and may have paid compensation in connection with your policy.
You can review and obtain information about the nature and range of compensation paid
by AIG member companies to brokers and independent agents in the United States by
visiting our website at www.aig.com/producercompensation or by calling 1-800-706-
3102.

91222 (4/13)

# AIG Property Casualty
# U.S. Privacy and Data Security Notice

### About This Notice

This Privacy and Data Security Notice applies only to your Personal Information (see definition below) obtained by one of the property-casualty insurance company subsidiaries or affiliates of American International Group, Inc. listed at the end of this notice (collectively, the "AIG Companies" or "we") in connection with the products or services one of those companies provided primarily for your personal, family, or household purposes in connection with which you are receiving this notice.

The AIG Companies have established practices, procedures and system protections that are designed to help protect the privacy and security of Personal Information that we collect in the course of conducting our business. This notice outlines how we collect, handle, and disclose Personal Information about you.

The term "Personal Information," as used in this Privacy and Data Security Notice, means information that identifies you personally. Examples of Personal Information include, but are not limited to, a first and last name, a home or other physical address, an email address, a financial account or credit card number, a driver's license number, and information on your physical condition or health status.

## I. Information Privacy

We may collect Personal Information from applications, enrollment forms, in claims processing, or in your other interactions with us and with our Affiliates. We may also collect Personal Information from credit reporting agencies and other third parties in connection with the sale of our products to you.

We will collect Personal Information only in accordance with applicable laws or regulations, whether we collect it in response to your request for a product or service from us or otherwise.

### Information Sharing

We may share your Personal Information with Affiliates and Non-Affiliates as described below.

### With our Affiliates:

Our Affiliates may include other insurance companies, insurance holding companies, insurance agents and agencies, claims administrators, marketing companies, e-commerce service providers, and companies providing administrative services.

We may share your Personal Information, including Personal Information of a health nature, with our Affiliates that assist us in servicing your insurance policies. Examples are administration (billing and collections), risk management, underwriting, and claims handling. We may also share your Personal Information with our Affiliates for the purpose of detecting and preventing fraud, as directed or authorized by you, or as otherwise permitted or required by law.

### With Non-Affiliates:

We may share your Personal Information, including Personal Information of a health nature, with Non-Affiliates that assist us in servicing your insurance policies. Examples are administration (billing and collections), risk management, underwriting, and claims handling. We may also share your Personal Information with Non-Affiliates for the purpose of detecting and preventing fraud, as directed or authorized by you, or as otherwise permitted or required by law.

We may also enter into joint marketing agreements with Non-Affiliates to share your non-health Personal Information as permitted by law. These Non-Affiliates may include providers of financial products or services such as insurance companies, financial institutions, and securities firms.

Because we do not share Personal Information with either Affiliates or Non-Affiliates in any other way, there is no need for an opt-out process in our privacy procedures.

78052 (12/13)

## H. Our Option

If we give you written notice within 30 days after we receive your signed, sworn proof of loss, we may repair or replace any part of the damaged property with material or property of like kind and quality.

## I. Loss Payment

We will adjust all losses with you. We will pay you unless some other person is named in the policy or is legally entitled to receive payment. Loss will be payable 60 days after we receive your proof of loss and:

1. Reach an agreement with you;

2. There is an entry of a final judgment; or

3. There is a filing of an appraisal award with us.

## J. Abandonment Of Property

We need not accept any property abandoned by an "insured".

## K. Mortgage Clause

1. If a mortgagee is named in this policy, any loss payable under Coverage **A** or **B** will be paid to the mortgagee and you, as interests appear. If more than one mortgagee is named, the order of payment will be the same as the order of precedence of the mortgages.

2. If we deny your claim, that denial will not apply to a valid claim of the mortgagee, if the mortgagee:

   a. Notifies us of any change in ownership, occupancy or substantial change in risk of which the mortgagee is aware;

   b. Pays any premium due under this policy on demand if you have neglected to pay the premium; and

   c. Submits a signed, sworn statement of loss within 60 days after receiving notice from us of your failure to do so. Paragraphs **E.** Appraisal, **G.** Suit Against Us and **I.** Loss Payment under Section **I** – Conditions also apply to the mortgagee.

3. If we decide to cancel or not to renew this policy, the mortgagee will be notified at least 10 days before the date cancellation or nonrenewal takes effect.

4. If we pay the mortgagee for any loss and deny payment to you:

   a. We are subrogated to all the rights of the mortgagee granted under the mortgage on the property; or

   b. At our option, we may pay to the mortgagee the whole principal on the mortgage plus any accrued interest. In this event, we will receive a full assignment and transfer of the mortgage and all securities held as collateral to the mortgage debt.

5. Subrogation will not impair the right of the mortgagee to recover the full amount of the mortgagee's claim.

## L. No Benefit To Bailee

We will not recognize any assignment or grant any coverage that benefits a person or organization holding, storing or moving property for a fee regardless of any other provision of this policy.

## M. Nuclear Hazard Clause

1. "Nuclear Hazard" means any nuclear reaction, radiation, or radioactive contamination, all whether controlled or uncontrolled or however caused, or any consequence of any of these.

2. Loss caused by the nuclear hazard will not be considered loss caused by fire, explosion, or smoke, whether these perils are specifically named in or otherwise included within the Perils Insured Against.

3. This policy does not apply under Section **I** to loss caused directly or indirectly by nuclear hazard, except that direct loss by fire resulting from the nuclear hazard is covered.

## N. Recovered Property

If you or we recover any property for which we have made payment under this policy, you or we will notify the other of the recovery. At your option, the property will be returned to or retained by you or it will become our property. If the recovered property is returned to or retained by you, the loss payment will be adjusted based on the amount you received for the recovered property.

## O. Volcanic Eruption Period

One or more volcanic eruptions that occur within a 72 hour period will be considered as one volcanic eruption.

## P. Policy Period

This policy applies only to loss which occurs during the policy period.

## Q. Concealment Or Fraud

We provide coverage to no "insureds" under this policy if, whether before or after a loss, an "insured" has:

1. Intentionally concealed or misrepresented any material fact or circumstance;

Copyright, Insurance Services Office, Inc., 1999

**2.** Engaged in fraudulent conduct; or

**3.** Made false statements;

relating to this insurance.

### R. Loss Payable Clause

If the Declarations show a loss payee for certain listed insured personal property, the definition of "insured" is changed to include that loss payee with respect to that property.

If we decide to cancel or not renew this policy, that loss payee will be notified in writing.

## SECTION II – LIABILITY COVERAGES

### A. Coverage E – Personal Liability

If a claim is made or a suit is brought against an "insured" for damages because of "bodily injury" or "property damage" caused by an "occurrence" to which this coverage applies, we will:

**1.** Pay up to our limit of liability for the damages for which an "insured" is legally liable. Damages include prejudgment interest awarded against an "insured"; and

**2.** Provide a defense at our expense by counsel of our choice, even if the suit is groundless, false or fraudulent. We may investigate and settle any claim or suit that we decide is appropriate. Our duty to settle or defend ends when our limit of liability for the "occurrence" has been exhausted by payment of a judgment or settlement.

### B. Coverage F – Medical Payments To Others

We will pay the necessary medical expenses that are incurred or medically ascertained within three years from the date of an accident causing "bodily injury". Medical expenses means reasonable charges for medical, surgical, x-ray, dental, ambulance, hospital, professional nursing, prosthetic devices and funeral services. This coverage does not apply to you or regular residents of your household except "residence employees". As to others, this coverage applies only:

**1.** To a person on the "insured location" with the permission of an "insured"; or

**2.** To a person off the "insured location", if the "bodily injury":

    **a.** Arises out of a condition on the "insured location" or the ways immediately adjoining;

    **b.** Is caused by the activities of an "insured";

    **c.** Is caused by a "residence employee" in the course of the "residence employee's" employment by an "insured"; or

    **d.** Is caused by an animal owned by or in the care of an "insured".

## SECTION II – EXCLUSIONS

### A. "Motor Vehicle Liability"

**1.** Coverages **E** and **F** do not apply to any "motor vehicle liability" if, at the time and place of an "occurrence", the involved "motor vehicle":

    **a.** Is registered for use on public roads or property;

    **b.** Is not registered for use on public roads or property, but such registration is required by a law, or regulation issued by a government agency, for it to be used at the place of the "occurrence"; or

    **c.** Is being:

        **(1)** Operated in, or practicing for, any prearranged or organized race, speed contest or other competition;

        **(2)** Rented to others;

        **(3)** Used to carry persons or cargo for a charge; or

        **(4)** Used for any "business" purpose except for a motorized golf cart while on a golfing facility.

**2.** If Exclusion **A.1.** does not apply, there is still no coverage for "motor vehicle liability" unless the "motor vehicle" is:

    **a.** In dead storage on an "insured location";

    **b.** Used solely to service an "insured's" residence;

    **c.** Designed to assist the handicapped and, at the time of an "occurrence", it is:

        **(1)** Being used to assist a handicapped person; or

        **(2)** Parked on an "insured location";

    **d.** Designed for recreational use off public roads and:

        **(1)** Not owned by an "insured"; or

        **(2)** Owned by an "insured" provided the "occurrence" takes place on an "insured location" as defined in Definitions **B. 6.a., b., d., e.** or **h.;** or

    **e.** A motorized golf cart that is owned by an "insured", designed to carry up to 4 persons, not built or modified after manufacture to exceed a speed of 25 miles per hour on level ground and, at the time of an "occurrence", is within the legal boundaries of:

        **(1)** A golfing facility and is parked or stored there, or being used by an "insured" to:

            **(a)** Play the game of golf or for other recreational or leisure activity allowed by the facility;

Copyright, Insurance Services Office, Inc., 1999

HO 00 03 10 00

Exh. B

pg. 16

(b) Travel to or from an area where "motor vehicles" or golf carts are parked or stored; or

(c) Cross public roads at designated points to access other parts of the golfing facility; or

(2) A private residential community, including its public roads upon which a motorized golf cart can legally travel, which is subject to the authority of a property owners association and contains an "insured's" residence.

## B. "Watercraft Liability"

1. Coverages E and F do not apply to any "watercraft liability" if, at the time of an "occurrence", the involved watercraft is being:

   a. Operated in, or practicing for, any prearranged or organized race, speed contest or other competition. This exclusion does not apply to a sailing vessel or a predicted log cruise;

   b. Rented to others;

   c. Used to carry persons or cargo for a charge; or

   d. Used for any "business" purpose.

2. If Exclusion B.1. does not apply, there is still no coverage for "watercraft liability" unless, at the time of the "occurrence", the watercraft:

   a. Is stored;

   b. Is a sailing vessel, with or without auxiliary power, that is:

      (1) Less than 26 feet in overall length; or

      (2) 26 feet or more in overall length and not owned by or rented to an "insured"; or

   c. Is not a sailing vessel and is powered by:

      (1) An inboard or inboard-outdrive engine or motor, including those that power a water jet pump, of:

         (a) 50 horsepower or less and not owned by an "insured"; or

         (b) More than 50 horsepower and not owned by or rented to an "insured"; or

      (2) One or more outboard engines or motors with:

         (a) 25 total horsepower or less;

         (b) More than 25 horsepower if the outboard engine or motor is not owned by an "insured";

         (c) More than 25 horsepower if the outboard engine or motor is owned by an "insured" who acquired it during the policy period; or

      (d) More than 25 horsepower if the outboard engine or motor is owned by an "insured" who acquired it before the policy period, but only if:

         (i) You declare them at policy inception; or

         (ii) Your intent to insure them is reported to us in writing within 45 days after you acquire them.

      The coverages in (c) and (d) above apply for the policy period.

      Horsepower means the maximum power rating assigned to the engine or motor by the manufacturer.

## C. "Aircraft Liability"

This policy does not cover "aircraft liability".

## D. "Hovercraft Liability"

This policy does not cover "hovercraft liability".

## E. Coverage E – Personal Liability And Coverage F – Medical Payments To Others

Coverages E and F do not apply to the following:

1. **Expected Or Intended Injury**

   "Bodily injury" or "property damage" which is expected or intended by an "insured" even if the resulting "bodily injury" or "property damage":

   a. Is of a different kind, quality or degree than initially expected or intended; or

   b. Is sustained by a different person, entity, real or personal property, than initially expected or intended.

   However, this Exclusion E.1. does not apply to "bodily injury" resulting from the use of reasonable force by an "insured" to protect persons or property;

2. **"Business"**

   a. "Bodily injury" or "property damage" arising out of or in connection with a "business" conducted from an "insured location" or engaged in by an "insured", whether or not the "business" is owned or operated by an "insured" or employs an "insured".

      This Exclusion E.2. applies but is not limited to an act or omission, regardless of its nature or circumstance, involving a service or duty rendered, promised, owed, or implied to be provided because of the nature of the "business".

   b. This Exclusion E.2. does not apply to:

      (1) The rental or holding for rental of an "insured location";

HO 00 03 10 00          Copyright, Insurance Services Office, Inc., 1999          Page 17 of 22

Exh. B
pg. 17

- **(a)** On an occasional basis if used only as a residence;
- **(b)** In part for use only as a residence, unless a single family unit is intended for use by the occupying family to lodge more than two roomers or boarders; or
- **(c)** In part, as an office, school, studio or private garage; and
- **(2)** An "insured" under the age of 21 years involved in a part-time or occasional, self-employed "business" with no employees;

### 3. Professional Services

"Bodily injury" or "property damage" arising out of the rendering of or failure to render professional services;

### 4. "Insured's" Premises Not An "Insured Location"

"Bodily injury" or "property damage" arising out of a premises:

- **a.** Owned by an "insured";
- **b.** Rented to an "insured"; or
- **c.** Rented to others by an "insured";

that is not an "insured location";

### 5. War

"Bodily injury" or "property damage" caused directly or indirectly by war, including the following and any consequence of any of the following:

- **a.** Undeclared war, civil war, insurrection, rebellion or revolution;
- **b.** Warlike act by a military force or military personnel; or
- **c.** Destruction, seizure or use for a military purpose.

Discharge of a nuclear weapon will be deemed a warlike act even if accidental;

### 6. Communicable Disease

"Bodily injury" or "property damage" which arises out of the transmission of a communicable disease by an "insured";

### 7. Sexual Molestation, Corporal Punishment Or Physical Or Mental Abuse

"Bodily injury" or "property damage" arising out of sexual molestation, corporal punishment or physical or mental abuse; or

### 8. Controlled Substance

"Bodily injury" or "property damage" arising out of the use, sale, manufacture, delivery, transfer or possession by any person of a Controlled Substance as defined by the Federal Food and Drug Law at 21 U.S.C.A. Sections 811 and 812. Controlled Substances include but are not limited to cocaine, LSD, marijuana and all narcotic drugs. However, this exclusion does not apply to the legitimate use of prescription drugs by a person following the orders of a licensed physician.

Exclusions **A.** "Motor Vehicle Liability", **B.** "Watercraft Liability", **C.** "Aircraft Liability", **D.** "Hovercraft Liability" and **E.4.** "Insured's" Premises Not An "Insured Location" do not apply to "bodily injury" to a "residence employee" arising out of and in the course of the "residence employee's" employment by an "insured".

### F. Coverage E – Personal Liability

Coverage **E** does not apply to:

1. Liability:
   - **a.** For any loss assessment charged against you as a member of an association, corporation or community of property owners, except as provided in **D.** Loss Assessment under Section **II** – Additional Coverages;
   - **b.** Under any contract or agreement entered into by an "insured". However, this exclusion does not apply to written contracts:
     - **(1)** That directly relate to the ownership, maintenance or use of an "insured location"; or
     - **(2)** Where the liability of others is assumed by you prior to an "occurrence";
     
     unless excluded in **a.** above or elsewhere in this policy;
2. "Property damage" to property owned by an "insured". This includes costs or expenses incurred by an "insured" or others to repair, replace, enhance, restore or maintain such property to prevent injury to a person or damage to property of others, whether on or away from an "insured location";
3. "Property damage" to property rented to, occupied or used by or in the care of an "insured". This exclusion does not apply to "property damage" caused by fire, smoke or explosion;
4. "Bodily injury" to any person eligible to receive any benefits voluntarily provided or required to be provided by an "insured" under any:
   - **a.** Workers' compensation law;

Exh. B
pg. 18

b. Non-occupational disability law; or

c. Occupational disease law;

5. "Bodily injury" or "property damage" for which an "insured" under this policy:

a. Is also an insured under a nuclear energy liability policy issued by the:

(1) Nuclear Energy Liability Insurance Association;

(2) Mutual Atomic Energy Liability Underwriters;

(3) Nuclear Insurance Association of Canada;

or any of their successors; or

b. Would be an insured under such a policy but for the exhaustion of its limit of liability; or

6. "Bodily injury" to you or an "insured" as defined under Definitions 5.a. or b.

This exclusion also applies to any claim made or suit brought against you or an "insured":

a. To repay; or

b. Share damages with;

another person who may be obligated to pay damages because of "bodily injury" to an "insured".

### G. Coverage F – Medical Payments To Others

Coverage F does not apply to "bodily injury":

1. To a "residence employee" if the "bodily injury":

a. Occurs off the "insured location"; and

b. Does not arise out of or in the course of the "residence employee's" employment by an "insured";

2. To any person eligible to receive benefits voluntarily provided or required to be provided under any:

a. Workers' compensation law;

b. Non-occupational disability law; or

c. Occupational disease law;

3. From any:

a. Nuclear reaction;

b. Nuclear radiation; or

c. Radioactive contamination;

all whether controlled or uncontrolled or however caused; or

d. Any consequence of any of these; or

4. To any person, other than a "residence employee" of an "insured", regularly residing on any part of the "insured location".

### SECTION II – ADDITIONAL COVERAGES

We cover the following in addition to the limits of liability:

### A. Claim Expenses

We pay:

1. Expenses we incur and costs taxed against an "insured" in any suit we defend;

2. Premiums on bonds required in a suit we defend, but not for bond amounts more than the Coverage E limit of liability. We need not apply for or furnish any bond;

3. Reasonable expenses incurred by an "insured" at our request, including actual loss of earnings (but not loss of other income) up to \$250 per day, for assisting us in the investigation or defense of a claim or suit; and

4. Interest on the entire judgment which accrues after entry of the judgment and before we pay or tender, or deposit in court that part of the judgment which does not exceed the limit of liability that applies.

### B. First Aid Expenses

We will pay expenses for first aid to others incurred by an "insured" for "bodily injury" covered under this policy. We will not pay for first aid to an "insured".

### C. Damage To Property Of Others

1. We will pay, at replacement cost, up to \$1,000 per "occurrence" for "property damage" to property of others caused by an "insured".

2. We will not pay for "property damage":

a. To the extent of any amount recoverable under Section I;

b. Caused intentionally by an "insured" who is 13 years of age or older;

c. To property owned by an "insured";

d. To property owned by or rented to a tenant of an "insured" or a resident in your household; or

e. Arising out of:

(1) A "business" engaged in by an "insured";

(2) Any act or omission in connection with a premises owned, rented or controlled by an "insured", other than the "insured location"; or

(3) The ownership, maintenance, occupancy, operation. use, loading or unloading of aircraft, hovercraft, watercraft or "motor vehicles".

This exclusion e.(3) does not apply to a "motor vehicle" that:

(a) Is designed for recreational use off public roads;

(b) Is not owned by an "insured"; and

(c) At the time of the "occurrence", is not required by law, or regulation issued by a government agency, to have been registered for it to be used on public roads or property.

**D. Loss Assessment**

1. We will pay up to $1,000 for your share of loss assessment charged against you, as owner or tenant of the "residence premises", during the policy period by a corporation or association of property owners, when the assessment is made as a result of:

   a. "Bodily injury" or "property damage" not excluded from coverage under Section II – Exclusions; or

   b. Liability for an act of a director, officer or trustee in the capacity as a director, officer or trustee, provided such person:

      (1) Is elected by the members of a corporation or association of property owners; and

      (2) Serves without deriving any income from the exercise of duties which are solely on behalf of a corporation or association of property owners.

2. Paragraph I. Policy Period under Section II – Conditions does not apply to this Loss Assessment Coverage.

3. Regardless of the number of assessments, the limit of $1,000 is the most we will pay for loss arising out of:

   a. One accident, including continuous or repeated exposure to substantially the same general harmful condition; or

   b. A covered act of a director, officer or trustee. An act involving more than one director, officer or trustee is considered to be a single act.

4. We do not cover loss assessments charged against you or a corporation or association of property owners by any governmental body.

**SECTION II – CONDITIONS**

**A. Limit Of Liability**

Our total liability under Coverage **E** for all damages resulting from any one "occurrence" will not be more than the Coverage **E** limit of liability shown in the Declarations. This limit is the same regardless of the number of "insureds", claims made or persons injured. All "bodily injury" and "property damage" resulting from any one accident or from continuous or repeated exposure to substantially the same general harmful conditions shall be considered to be the result of one "occurrence".

Our total liability under Coverage **F** for all medical expense payable for "bodily injury" to one person as the result of one accident will not be more than the Coverage F limit of liability shown in the Declarations.

**B. Severability Of Insurance**

This insurance applies separately to each "insured". This condition will not increase our limit of liability for any one "occurrence".

**C. Duties After "Occurrence"**

In case of an "occurrence", you or another "insured" will perform the following duties that apply. We have no duty to provide coverage under this policy if your failure to comply with the following duties is prejudicial to us. You will help us by seeing that these duties are performed:

1. Give written notice to us or our agent as soon as is practical, which sets forth:

   a. The identity of the policy and the "named insured" shown in the Declarations;

   b. Reasonably available information on the time, place and circumstances of the "occurrence"; and

   c. Names and addresses of any claimants and witnesses;

2. Cooperate with us in the investigation, settlement or defense of any claim or suit;

3. Promptly forward to us every notice, demand, summons or other process relating to the "occurrence";

4. At our request, help us:

   a. To make settlement;

   b. To enforce any right of contribution or indemnity against any person or organization who may be liable to an "insured";

c. With the conduct of suits and attend hearings and trials; and

d. To secure and give evidence and obtain the attendance of witnesses;

5. With respect to **C.** Damage To Property Of Others under Section **II** – Additional Coverages, submit to us within 60 days after the loss, a sworn statement of loss and show the damaged property, if in an "insured's" control;

6. No "insured" shall, except at such "insured's" own cost, voluntarily make payment, assume obligation or incur expense other than for first aid to others at the time of the "bodily injury".

## D. Duties Of An Injured Person – Coverage F – Medical Payments To Others

1. The injured person or someone acting for the injured person will:

   a. Give us written proof of claim, under oath if required, as soon as is practical; and

   b. Authorize us to obtain copies of medical reports and records.

2. The injured person will submit to a physical exam by a doctor of our choice when and as often as we reasonably require.

## E. Payment Of Claim – Coverage F – Medical Payments To Others

Payment under this coverage is not an admission of liability by an "insured" or us.

## F. Suit Against Us

1. No action can be brought against us unless there has been full compliance with all of the terms under this Section II.

2. No one will have the right to join us as a party to any action against an "insured".

3. Also, no action with respect to Coverage **E** can be brought against us until the obligation of such "insured" has been determined by final judgment or agreement signed by us.

## G. Bankruptcy Of An "Insured"

Bankruptcy or insolvency of an "insured" will not relieve us of our obligations under this policy.

## H. Other Insurance

This insurance is excess over other valid and collectible insurance except insurance written specifically to cover as excess over the limits of liability that apply in this policy.

## I. Policy Period

This policy applies only to "bodily injury" or "property damage" which occurs during the policy period.

## J. Concealment Or Fraud

We do not provide coverage to an "insured" who, whether before or after a loss, has:

1. Intentionally concealed or misrepresented any material fact or circumstance;

2. Engaged in fraudulent conduct; or

3. Made false statements;

relating to this insurance.

## SECTIONS I AND II – CONDITIONS

### A. Liberalization Clause

If we make a change which broadens coverage under this edition of our policy without additional premium charge, that change will automatically apply to your insurance as of the date we implement the change in your state, provided that this implementation date falls within 60 days prior to or during the policy period stated in the Declarations.

This Liberalization Clause does not apply to changes implemented with a general program revision that includes both broadenings and restrictions in coverage, whether that general program revision is implemented through introduction of:

1. A subsequent edition of this policy; or

2. An amendatory endorsement.

### B. Waiver Or Change Of Policy Provisions

A waiver or change of a provision of this policy must be in writing by us to be valid. Our request for an appraisal or examination will not waive any of our rights.

### C. Cancellation

1. You may cancel this policy at any time by returning it to us or by letting us know in writing of the date cancellation is to take effect.

2. We may cancel this policy only for the reasons stated below by letting you know in writing of the date cancellation takes effect. This cancellation notice may be delivered to you, or mailed to you at your mailing address shown in the Declarations. Proof of mailing will be sufficient proof of notice.

   a. When you have not paid the premium, we may cancel at any time by letting you know at least 10 days before the date cancellation takes effect.

   b. When this policy has been in effect for less than 60 days and is not a renewal with us, we may cancel for any reason by letting you know at least 10 days before the date cancellation takes effect.

c. When this policy has been in effect for 60 days or more, or at any time if it is a renewal with us, we may cancel:

(1) If there has been a material misrepresentation of fact which if known to us would have caused us not to issue the policy; or

(2) If the risk has changed substantially since the policy was issued.

This can be done by letting you know at least 30 days before the date cancellation takes effect.

d. When this policy is written for a period of more than one year, we may cancel for any reason at anniversary by letting you know at least 30 days before the date cancellation takes effect.

3. When this policy is canceled, the premium for the period from the date of cancellation to the expiration date will be refunded pro rata.

4. If the return premium is not refunded with the notice of cancellation or when this policy is returned to us, we will refund it within a reasonable time after the date cancellation takes effect.

## D. Nonrenewal

We may elect not to renew this policy. We may do so by delivering to you, or mailing to you at your mailing address shown in the Declarations, written notice at least 30 days before the expiration date of this policy. Proof of mailing will be sufficient proof of notice.

## E. Assignment

Assignment of this policy will not be valid unless we give our written consent.

## F. Subrogation

An "insured" may waive in writing before a loss all rights of recovery against any person. If not waived, we may require an assignment of rights of recovery for a loss to the extent that payment is made by us.

If an assignment is sought, an "insured" must sign and deliver all related papers and cooperate with us.

Subrogation does not apply to Coverage F or Paragraph C. Damage To Property Of Others under Section II – Additional Coverages.

## G. Death

If any person named in the Declarations or the spouse, if a resident of the same household, dies, the following apply:

1. We insure the legal representative of the deceased but only with respect to the premises and property of the deceased covered under the policy at the time of death; and

2. "Insured" includes:

a. An "insured" who is a member of your household at the time of your death, but only while a resident of the "residence premises"; and

b. With respect to your property, the person having proper temporary custody of the property until appointment and qualification of a legal representative.

 Copyright, Insurance Services Office, Inc., 1999 HO 00 03 10 00

Exh. B pg. 22